JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AREVALO,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendant. | Case No. **2:24-CV-02535 AB (RAOX)**<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 25, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.